In the Matter of Joseph A. Fogarty, Individually and as City Manager of the City of Newburgh, Appellant, against Herbert A. Warden, Individually and as Mayor of the City of Newburgh, et al., Respondents.

Submitted April 12, 1948; decided May 18, 1948.

*Henry Hirschberg* and *Ernest M. Levinson* for appellant.

*W. E. Cribari* and *George W. Scapolito* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.